IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD E. BLAKE,<br><br>  Petitioner/Defendant,<br><br>vs.<br><br>UNITED STATES of AMERICA,<br><br>  Respondent/Plaintiff. | CIVIL NO. 10-628-GPM<br><br>CRIMINAL NO. 02-30086-GPM |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Petitioner was found guilty, after a jury trial, of distributing cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). After several rounds in the United States Court of Appeals for the Seventh Circuit, Petitioner ultimately was sentenced to 168 months imprisonment followed by 8 years of supervised release. This matter currently is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255.

In his § 2255 motion, Petitioner asserts that both his trial counsel and his appellate counsel provided him ineffective assistance. Additionally, Petitioner asserts that his sentence was imposed in violation of due process.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

IT IS SO ORDERED.

DATED: 09/16/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge